UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01867-LAK, 1:19-cv-01868-LAK, 1:19-cv-01869-LAK, 1:19-cv-01895-LAK, 1:19-cv-01896-LAK, 1:19-cv-01898-LAK, 1:19-cv-01904-LAK, 1:19-cv-01865-LAK, 1:19-cv-01866-LAK, 1:19-cv-01871-LAK, 1:19-cv-01873-LAK, 1:19-cv-01894-LAK, 1:19-cv-01930-LAK, 1:19-cv-01893-LAK, 1:19-cv-01906, 1:19-cv-01911, 1:19-cv-01924, 1:19-cv-01781-LAK, 1:19-cv-01785-LAK, 1:19-cv-01791-LAK, 1:19-cv-01783-LAK, 1:19-cv-01788-LAK, 1:19-cv-01794-LAK, 1:19-cv-01798-LAK, 1:19-cv-01918-LAK, 1:19-cv-01922-LAK, 1:19-cv-01926-LAK, 1:19-cv-01928-LAK, 1:19-cv-01929-LAK, 1:19-cv-01931-LAK, 1:19-cv-01800-LAK, 1:19-cv-01803-LAK, 1:19-cv-01809-LAK, 1:19-cv-01812-LAK, 1:19-cv-01818-LAK, 1:19-cv-01792-LAK, 1:19-cv-01806-LAK, 1:19-cv-01808-LAK, 1:19-cv-01815-LAK, 1:19-cv-01870-LAK, 1:19-cv-01801-LAK, 1:19-cv-01810-LAK, 1:19-cv-01813-LAK | Master Docket 18-md-02865 (LAK)<br>ECF Case |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO THE COMPLAINTS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel for the parties that the current December 30, 2019 deadline for Defendants in the cases

enumerated in the caption to answer the Complaints is hereby extended thirty-five (35) days up

to and including February 3, 2020.

1

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

This is the Defendants' second request for an extension of time to answer or otherwise respond to the Complaints.

Dated: December 23, 2019
New York, New York

/s/  Alan E. Schoenfeld
ALAN E. SCHOENFELD
WILMER CUTLER PICKERING
      HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com
*Attorney for Defendants Richard Markowitz,
Jocelyn Markowitz, Avanix Management LLC
Roth 401(K) Plan, Batavia Capital Pension
Plan, Calypso Investments Pension Plan,
Cavus Systems LLC Roth 401(K) Plan,
Hadron Industries LLC Roth 401(K) Plan,
RJM Capital Pension Plan, and Routt
Capital Pension Plan*

/s/  Sharon L. McCarthy
(*e-signed with consent*)
SHARON L. MCCARTHY
KOSTELANETZ & FINK LLP
7 World Trade Center, 34th Fl.
New York, NY 10007
(212) 840-6866
smccarthy@kflaw.com
*Attorney for Defendants John van
Merkensteijn, III, Elizabeth van Merkensteijn,
Azalea Pension Plan, Basalt Ventures LLC
Roth 401(K) Plan, Bernina Pension Plan,
Omineca Pension Plan, Starfish Capital
Management LLC Roth 401(K) Plan, Tarvos
Pension Plan, Voojo Productions LLC Roth
401(K) Plan, Michelle Investments Pension
Plan, Remece Investments LLC Pension Plan,
and Xiphias LLC Pension Plan*

/s/  Michelle A. Rice (*e-signed with consent*)
MICHELLE A. RICE
KAPLAN RICE LLP
142 West 57th Street
Suite 4A
New York, NY 10019
(212) 333-0227
mrice@kaplanrice.com

/s/  John McGoey (*e-signed with consent*)
JOHN MCGOEY
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004
(212) 837-6000
John.McGoey@hugheshubbard.com
*Attorney for Plaintiff Skatteforvaltningen*

*Attorney for Defendants Joseph Herman,*
*David Zelman, Edwin Miller, Ronald Altbach,*
*Perry Lerner, Robin Jones, Albedo*
*Management LLC Roth 401(K) Plan, Ballast*
*Ventures LLC Roth 401(K) Plan, Fairlie*
*Investments LLC Roth 401(K) Plan, Bareroot*
*Capital Investments LLC Roth 401(K) Plan,*
*Battu Holdings LLC Roth 401K Plan, Cantata*
*Industries LLC Roth 401(K) Plan, Dicot*
*Technologies LLC Roth 401(K) Plan,*
*Vanderlee Technologies Pension Plan, Cedar*
*Hill Capital Investments LLC Roth 401(K)*
*Plan, Fulcrum Productions LLC Roth 401(K)*
*Plan, Green Scale Management LLC Roth*
*401(K) Plan, Keystone Technologies LLC Roth*
*401(K) Plan, Tumba Systems LLC Roth 401(K)*
*Plan, Crucible Ventures LLC Roth 401(K)*
*Plan, Limelight Global Productions LLC Roth*
*401(K) Plan, Plumrose Industries LLC Roth*
*401K Plan, Roadcraft Technologies LLC Roth*
*401(K) Plan, True Wind Investments LLC Roth*
*401(K) Plan, Eclouge Industry LLC Roth*
*401(K) Plan, First Ascent Worldwide LLC*
*Roth 401(K) Plan, Loggerhead Services LLC*
*Roth 401(K) Plan, PAB Facilities Global LLC*
*Roth 401(K) Plan, Trailing Edge Productions*
*LLC Roth 401(K) Plan, Monomer Industries*
*LLC Roth 401(K) Plan, Pinax Holdings LLC*
*Roth 401(K) Plan, and Sternway Logistics LLC*
*Roth 401(K) Plan*


SO ORDERED:


_____

Hon. Lewis A. Kaplan
United States District Judge