# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 082A6A01 | Stephania Pasri | First Search Order - Onsite - Premises | Floor | Desktop | E1YFC05 | Dell | Optiplex 7040 | 1B752B2 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 082A6A02 | Natalia Verevkina | First Search Order - Onsite - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | 6CF52B2 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 082A6A03 | Unknown | First Search Order - Onsite - Premises | Floor | Desktop | E1YFC06 | Dell | Optiplex 7040 | 89752B2 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 082A6A04 | Ushar Tagova | First Search Order - Onsite - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | GH752B2 | Sandisk | SSD | 154934400295 | 240.00 | 2018/06/28 |
| 082A6A05 | Sandesh Dhemre | First Search Order - Onsite - Premises | Floor | Desktop | E1YFC09 | Dell | Optiplex 7040 | GH752B2 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 082A6A06 | Sandesh Dhemre | First Search Order - Onsite - Premises | Floor | Pen Drive | N/A | Teka | N/A | N/A | Teka | ProductCode | 92071335024913574T | 8.00 | 2018/06/28 |
| 082A6A07 | Rashmi Raju | First Search Order - Onsite - Premises | Floor | Desktop | E1YFC01 | Dell | Optiplex 7040 | 68752B2 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 082A6A08 | Claudia | First Search Order - Onsite - Premises | Floor | Laptop | E1VLPT03 | Asus | UX305L | EAACGI0771444SH 12M | Seagate | ST500LM0001-1EJ | W786DTT6 | 500.00 | 2018/06/28 |
| 082A6A09 | Raghu (Inform) | First Search Order - Onsite - Premises | Floor | Desktop | EQU-MAC2 | Apple | Mac All in one | C02V105D6GP6 | Apple | HDD | 5P9NV4GB64B80 | 2000.00 | 2018/06/28 |
| 082A6A10 | Nicola Monteath | First Search Order - Onsite - Premises | Floor | Laptop | EQU-MAC6 | Apple | Macbook Pro | C02T12N3GTFA | Apple | SSD | C02T03204AHCGX18 | 1000.00 | 2018/06/28 |
| 082A6A11 | Sanjay Shah | First Search Order - Onsite - Premises | Mr. Shah's | External HDD | N/A | Seagate | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 082A6A12 | Gautam Majumdar | First Search Order - Onsite - Premises | Floor | Desktop | EQU-MAC4 | Apple | Mac All in one | C02V0MYDC5GG7N | Sandisk | SSD | 5P9NNY4G5655235 | 2000.00 | 2018/06/28 |
| 082A6A13 | Marta Lis | First Search Order - Onsite - Premises | Floor | Desktop | E1YFC12 | Dell | Optiplex 7040 | HB752B2 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 082A6A14 | Sanjay Shah | First Search Order - Onsite - Premises | Mr. Shah's | Desktop | E1YFC08 | Dell | Optiplex 7040 | 2H752B2 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 082A6A15 | Maxime Fernandes | First Search Order - Onsite - Premises | Center office | Desktop | E1YFC03 | Dell | Optiplex 7040 | 8C752B2 | Kingston | DT/S9 G2 | 5P9NNY4GB37310 | 2000.00 | 2018/06/28 |
| 082A6A16 | Sanjay Shah | First Search Order - Onsite - Premises | HR Room | Desktop | EU1Y083 / ELYLPT22 | Apple | iPhone 7 Plus | C01X2L1424S8754 12M | Apple | SSD | 154774402403 | 16.00 | 2018/06/28 |
| 082A6A17 | Sanjay Shah | First Search Order - Onsite - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | SSD | N/A | 2000.00 | 2018/06/28 |
| 082A6A18 | Sanjay Shah | First Search Order - Onsite - Premises | Mr. Shah's | Mobile | EU1YC010 | Apple | Optiplex 7040 | 7DF52B2 | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| 082A6A19 | Sanjay Shah | First Search Order - Onsite - Premises | Floor | Pen Drive | N/A | Dell | N/A | N/A | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 082A6A20 | Sanjay Shah | First Search Order - Onsite - Premises | Mr. Shah's | Desktop | E1YFC07 | Dell | Optiplex 7040 | 4B752B2 | Sandisk | SSD | 154773402403 | 120.00 | 2018/06/28 |
| 082A6A21 | Natalia Verevkina | First Search Order - Onsite - Premises | Mr. Shah's | Laptop | E1YLPT15 | Sony | VAIO / SVP1321A1CM | 8G752B2 | Sandisk | SSD | 535YNY4DG23861 | N/A | 2018/06/28 |
| 082A6A22 | Sanjay Shah | First Search Order - Onsite - Premises | Floor | Dropbox | N/A | Apple | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 082A6A23 | Unknown | First Search Order - Onsite - Premises | Floor | Desktop | EQU-MAC1 | Apple | Mac All in one | C02QW2UJ6GG7N | Apple | SSD | 5P9NNY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 082A6A24 | Vidhi Merchant | First Search Order - Onsite - Premises | Floor | Desktop | N/A | Apple | Mac All in one | C07H7J14800J01 | Hitachi / Apple | HDD | J2260D51HXZP1C | 500.00 | 2018/07/01 |
| 082A6A25 | Natalia Verevkina | First Search Order - Onsite - Premises | Floor | Desktop | N/A | Apple | Mac Mini | C07J5P7DDT01 | Toshiba / Apple | HDD | 1210745MT | 500.00 | 2018/07/01 |
| 082A6A26 | Puja Tiwari | First Search Order - Onsite - Premises | Floor | DVD | ioi A846S115 | Unknown | Unknown | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 082A6A27 | Sanjay Shah | First Search Order - Onsite - Premises | Mr. Shah's | Laptop | E1YLPT02 | Asus | UX305L | EAACGI0772003419 12M | Seagate | ST500LM000-1EJ1 | W786DW0C | 500.00 | 2018/07/01 |
| 082A6A28 | Sanjay Shah | First Search Order - Onsite - Premises | Storage Cab | Laptop | E1YLPT08 | Asus | UX305L | C0X0CI148030J01 12M | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 082A6A29 | Wail Anwar | First Search Order - Onsite - Premises | Storage Cab | Laptop | E1YLPT06 | Apple | Macbook Pro - A1707 | C02SC28CT7M | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 082A6A30 | Natalia Verevkina | First Search Order - Onsite - Premises | Storage Cab | Office 365 | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 082A6A31 | Matvey | First Search Order - Onsite - Premises | - | Office 365 | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 082A6A32 | Sanjay Shah | First Search Order - Onsite - Premises | - | Office 365 | catchall@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 082A6A33 | Unknown | First Search Order - Onsite - Premises | - | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 082A6A34 | Unknown | First Search Order - Onsite - Premises | - | Office 365 | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 082A6A35 | Unknown | First Search Order - Onsite - Premises | - | Office 365 | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/02 |
| 082A6A36 | Natalia Verevkina | First Search Order - Onsite - Premises | - | Office 365 | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 082A6A37 | Unknown | First Search Order - Onsite - Premises | - | Office 365 | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 082A6A38 | Sanjay Shah | First Search Order - Onsite - Premises | - | Office 365 | finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.00 | 2018/07/02 |
| 082A6A39 | Unknown | First Search Order - Onsite - Premises | - | Office 365 | IT@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 082A6A40 | Rashmi / Yothu / Mai | First Search Order - Onsite - Premises | - | Office 365 | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 082A6A41 | Sandesh Dhemre | First Search Order - Onsite - Premises | - | Office 365 | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.21 | 2018/07/02 |
| 082A6A42 | Unknown | First Search Order - Onsite - Premises | - | Office 365 | od@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Onsite / UNI | Floor | Laptop | E1YLTP06 | Asus | UX305L | F19CC115506055A 12M | HGST | HDD | 50A000550GN7BK | 0.45 | 2018/07/02 |
| 082A6A43 | Stephania Pasri / UNI | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 082A6A43 | Wail Anwar | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 082A6A43 | Natalia Verevkina | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 082A6A43 | Sanjay Shah | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 082A6A43 | Usha Shah | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 082A6A43 | Sandesh Dhemre | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.30 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Onsite - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area/reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| DB2A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| DB2A6A44 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| DB2A6A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E531C5U5 | 1000.00 | 2018/08/14 |
| DB2A6A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX81A75EZKLI | 1000.00 | 2018/08/17 |
| DB2A6A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXF1E6528XK7 | 3000.00 | 2018/07/17 (Failed) |
| DB2A6A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX81A55XCCP1E | 1000.00 | 2018/07/25 |
| DB2A6A48 | Sanjay Shah | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| DB2A6A48 | Mark Fernandes | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| DB2A6A48 | Usha Shah | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| DB2A6A48 | Sandesh Dhomme | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| DB2A6A48 | Wahil Anwar | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| DB2A6A48 | Unknown_Admin | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| DB2A6A48 | Unknown_Asset | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| DB2A6A48 | Unknown_Catchall | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| DB2A6A48 | Unknown_CFO | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| DB2A6A48 | Unknown_Finance | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| DB2A6A48 | Unknown_HR | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| DB2A6A48 | Unknown_Legal | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| DB2A6A48 | Unknown_QO | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| DB2A6A49 | Sanjay Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| DB2A6A49 | Mark Fernandes | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| DB2A6A49 | Usha Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| DB2A6A49 | Sandesh Dhomme | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| DB2A6A49 | Wahil Anwar | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| DB2A6A49 | Unknown_Admin | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| DB2A6A49 | Unknown_Asset | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| DB2A6A49 | Unknown_Catchall | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| DB2A6A49 | Unknown_CFO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| DB2A6A49 | Unknown_Finance | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| DB2A6A49 | Unknown_HR | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.99 | 2018/09/25 |
| DB2A6A49 | Unknown_Legal | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| DB2A6A49 | Unknown_QO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| DB2A6001 | Philip Punwar | Provided by Legal Counsel | - | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| DB2A6002 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VAN content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| DB2A6V01 | Multiple | Remote Server Collection | - | DocCraft DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| DB2A6V02 | Multiple | Remote Server Collection | - | VM Export (Elysium-DC-elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| DB2A6V03 | Multiple | Remote Server Collection | - | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| DB2A6V04 | Multiple | Remote Server Collection | - | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**