# Exhibit 11, Part 2

| Date | Settle | Ccy | Side | Security | Ticker | Quantity | % | Price | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18/04/2013 | 20/09/2013 | DKK | Buy | TRYG A/S TRYG 20/09/2013 | TRYG=U3 | 1,600.00 | 100.00 | 461.1200 | 0.00 | 0.00 | -73,779,200.00 |
| 18/04/2013 | 20/09/2013 | DKK | Buy | TRYG A/S TRYG 20/09/2013 | TRYG=U3 | 1,350.00 | 100.00 | 461.1500 | 0.00 | 0.00 | -62,255,250.00 |
| 18/04/2013 | 20/09/2013 | DKK | Buy | TRYG A/S TRYG 20/09/2013 | TRYG=U3 | 1,550.00 | 100.00 | 461.1300 | 0.00 | 0.00 | -71,475,150.00 |
| 18/04/2013 | 20/09/2013 | DKK | Buy | TRYG A/S TRYG 20/09/2013 | TRYG=U3 | 1,450.00 | 100.00 | 461.1400 | 0.00 | 0.00 | -66,865,300.00 |
| | | | | | | 5,950.00 | | 461.1343 | 0.00 | 0.00 | -274,374,900.00 |
| 22/04/2013 | 20/09/2013 | EUR | Buy | Belgacom BX7F 20/09/13 | BX7F=U3 | 12,000.00 | 100.00 | 17.6713 | 0.00 | 0.00 | -21,205,560.00 |
| | | | | | | 12,000.00 | | 17.6713 | 0.00 | 0.00 | -21,205,560.00 |
| 22/04/2013 | 20/12/2013 | EUR | Buy | Belgacom BX7F 20/12/13 | BX7F=Z3 | 7,500.00 | 100.00 | 17.6866 | 0.00 | 0.00 | -13,264,950.00 |
| 22/04/2013 | 20/12/2013 | EUR | Buy | Belgacom BX7F 20/12/13 | BX7F=Z3 | 15,000.00 | 100.00 | 17.6766 | 0.00 | 0.00 | -26,514,900.00 |
| | | | | | | 22,500.00 | | 17.6799 | 0.00 | 0.00 | -39,779,850.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | AGEAS FO4G 20/12/2013 | FO4G=Z3 | 11,300.00 | 100.00 | 26.5066 | 0.00 | 0.00 | -29,952,458.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | AGEAS FO4G 20/12/2013 | FO4G=Z3 | 12,500.00 | 100.00 | 26.5266 | 0.00 | 0.00 | -33,158,250.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | AGEAS FO4G 20/12/2013 | FO4G=Z3 | 11,900.00 | 100.00 | 26.5968 | 0.00 | 0.00 | -31,650,192.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | AGEAS FO4G 20/12/2013 | FO4G=Z3 | 10,700.00 | 100.00 | 26.5166 | 0.00 | 0.00 | -28,372,762.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | AGEAS FO4G 20/12/2013 | FO4G=Z3 | 9,300.00 | 100.00 | 26.5467 | 0.00 | 0.00 | -24,688,431.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | AGEAS FO4G 20/12/2013 | FO4G=Z3 | 9,700.00 | 100.00 | 26.5366 | 0.00 | 0.00 | -25,740,502.00 |
| | | | | | | 65,400.00 | | 26.5386 | 0.00 | 0.00 | -173,562,595.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV ITKG 20/12/13 | ITKG=Z3 | 39,800.00 | 100.00 | 75.2037 | 0.00 | 0.00 | -299,310,726.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV ITKG 20/12/13 | ITKG=Z3 | 35,800.00 | 100.00 | 75.1737 | 0.00 | 0.00 | -269,121,846.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV ITKG 20/12/13 | ITKG=Z3 | 33,500.00 | 100.00 | 75.2238 | 0.00 | 0.00 | -251,999,730.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV ITKG 20/12/13 | ITKG=Z3 | 37,000.00 | 100.00 | 75.1837 | 0.00 | 0.00 | -278,179,690.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV ITKG 20/12/13 | ITKG=Z3 | 31,200.00 | 100.00 | 75.2138 | 0.00 | 0.00 | -234,667,056.00 |
| 25/04/2013 | 20/12/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV ITKG 20/12/13 | ITKG=Z3 | 33,400.00 | 100.00 | 75.1937 | 0.00 | 0.00 | -251,146,958.00 |
| | | | | | | 210,700.00 | | 75.1982 | 0.00 | 0.00 | -1,584,426,006.00 |
| 26/04/2013 | 20/12/2013 | EUR | Buy | Groupe Bruxelles Lambert SA EAIF 20/12/13 | EAIF=Z3 | 5,100.00 | 100.00 | 58.9980 | 0.00 | 0.00 | -30,088,980.00 |
| | | | | | | 5,100.00 | | 58.9980 | 0.00 | 0.00 | -30,088,980.00 |
| 26/04/2013 | 20/09/2013 | EUR | Buy | Groupe Bruxelles Lambert SA EAIF 20/09/13 | EAIF=U3 | 5,000.00 | 100.00 | 59.0077 | 0.00 | 0.00 | -29,503,850.00 |
| 26/04/2013 | 20/09/2013 | EUR | Buy | Groupe Bruxelles Lambert SA EAIF 20/09/13 | EAIF=U3 | 5,500.00 | 100.00 | 58.9977 | 0.00 | 0.00 | -32,448,735.00 |
| | | | | | | 10,500.00 | | 59.0025 | 0.00 | 0.00 | -61,952,585.00 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 4,950.00 | 100.00 | 44.5612 | 0.00 | 0.00 | -22,057,794.00 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 7,100.00 | 100.00 | 44.6615 | 0.00 | 0.00 | -31,709,665.00 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 5,250.00 | 100.00 | 44.5713 | 0.00 | 0.00 | -23,399,932.50 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 6,050.00 | 100.00 | 44.5813 | 0.00 | 0.00 | -26,971,686.50 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 6,950.00 | 100.00 | 44.6515 | 0.00 | 0.00 | -31,032,792.50 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 6,100.00 | 100.00 | 44.5412 | 0.00 | 0.00 | -27,170,132.00 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 7,500.00 | 100.00 | 44.6715 | 0.00 | 0.00 | -33,503,625.00 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 6,300.00 | 100.00 | 44.6414 | 0.00 | 0.00 | -28,124,082.00 |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 6,250.00 | 100.00 | 44.5512 | 0.00 | 0.00 | -27,844,500.00 |
| | | | | | | 56,450.00 | | 44.6084 | 0.00 | 0.00 | -251,814,209.50 |

Open Position Statement

| Trade Date | Expiry Date | Solo Reference | Transaction type | Description | Identifier | Units | Lot size | Av Tr Px | Curr Price | Value | Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TDC A/S TDC Cash Flex 21/06/13 | | | | | | | | | | | |
| 07/03/2013 | 21/06/2013 | DKK | Buy | TDC A/S TDC Cash Flex 21/06/13 | TDC=M3 | 258,500.00 | 100.00 | 44.0504 | 45.9300 | -1,187,290,500.00 | 48,587,500.00 |
| | | | | | | 258,500.00 | | Current Value of Futures | | -1,187,290,500.00 | |
| NOVOZYMES A/S-B SHARES NZYMB 21/06/13 | | | | | | | | | | | |
| 28/02/2013 | 21/06/2013 | DKK | Buy | NOVOZYMES A/S-B SHARES NZYMB 21/06/13 | NZYMB=M3 | 38,000.00 | 100.00 | 196.7889 | 195.5500 | -743,090,000.00 | -4,708,000.00 |
| | | | | | | 38,000.00 | | Current Value of Futures | | -743,090,000.00 | |
| Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | | | | | | | | | | | |
| 20/03/2013 | 21/06/2013 | DKK | Buy | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | NOVOB=M3 | 92,000.00 | 100.00 | 954.0534 | 993.2500 | -9,137,900,000.00 | 360,609,000.00 |
| | | | | | | 92,000.00 | | Current Value of Futures | | -9,137,900,000.00 | |
| Carlsberg A/S CARLB 20/09/2013 | | | | | | | | | | | |
| 21/03/2013 | 20/09/2013 | DKK | Buy | Carlsberg A/S CARLB 20/09/2013 | CARLB=U3 | 27,400.00 | 100.00 | 583.4245 | 526.3500 | -1,442,199,000.00 | -156,384,200.00 |
| | | | | | | 27,400.00 | | Current Value of Futures | | -1,442,199,000.00 | |
| DSV A/S DSV 20/12/2013 | | | | | | | | | | | |
| 21/03/2013 | 20/12/2013 | DKK | Buy | DSV A/S DSV 20/12/2013 | DSV=Z3 | 50,000.00 | 100.00 | 144.4440 | 143.0300 | -715,150,000.00 | -7,070,000.00 |
| | | | | | | 50,000.00 | | Current Value of Futures | | -715,150,000.00 | |
| H Lundbeck A/S LUN 20/12/2013 | | | | | | | | | | | |
| 21/03/2013 | 20/12/2013 | DKK | Buy | H Lundbeck A/S LUN 20/12/2013 | LUN=Z3 | 41,650.00 | 100.00 | 102.4865 | 113.6200 | -473,227,300.00 | 46,370,950.00 |
| | | | | | | 41,650.00 | | Current Value of Futures | | -473,227,300.00 | |
| FLSMIDTH & CO A/S 20/12/2013 | | | | | | | | | | | |
| 05/04/2013 | 20/12/2013 | DKK | Buy | FLSMIDTH & CO A/S 20/12/2013 | FLS=Z3 | 11,140.00 | 100.00 | 343.1066 | 330.5300 | -368,210,420.00 | -14,010,310.00 |
| | | | | | | 11,140.00 | | Current Value of Futures | | -368,210,420.00 | |
| AP MOELLER-MAERSK A/S- MAERSKB 21/06/2013 | | | | | | | | | | | |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKB 21/06/2013 | MEARSKB=M3 | 385.00 | 100.00 | 42,821.2960 | 40,290.1620 | -1,551,171,237.00 | -97,448,658.00 |
| | | | | | | 385.00 | | Current Value of Futures | | -1,551,171,237.00 | |
| AP MOELLER-MAERSK A/S- MAERSKA 21/06/2013 | | | | | | | | | | | |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKA 21/06/2013 | MEARSKA=M3 | 164.00 | 100.00 | 41,090.6460 | 41,090.6460 | -673,886,594.00 | 0.00 |
| | | | | | | 164.00 | | Current Value of Futures | | -673,886,594.00 | |
| TRYG A/S TRYG 20/09/2013 | | | | | | | | | | | |
| 18/04/2013 | 20/09/2013 | DKK | Buy | TRYG A/S TRYG 20/09/2013 | TRYG=U3 | 5,950.00 | 100.00 | 461.1343 | 490.9900 | -292,139,050.00 | 17,764,150.00 |
| | | | | | | 5,950.00 | | Current Value of Futures | | -292,139,050.00 | |
| | | | | | | | | | Futures Variation Margin | | 193,710,432.00 |
| Belgacom BX7F 20/09/13 | | | | | | | | | | | |
| 22/04/2013 | 20/09/2013 | EUR | Buy | Belgacom BX7F 20/09/13 | BX7F=U3 | 12,000.00 | 100.00 | 17.6713 | 21.1070 | -25,328,400.00 | 4,122,840.00 |
| | | | | | | 12,000.00 | | Current Value of Futures | | -25,328,400.00 | |
| Belgacom BX7F 20/12/13 | | | | | | | | | | | |
| 22/04/2013 | 20/12/2013 | EUR | Buy | Belgacom BX7F 20/12/13 | BX7F=Z3 | 22,500.00 | 100.00 | 17.6766 | 20.6154 | -46,384,650.00 | 6,612,300.00 |
| | | | | | | 22,500.00 | | Current Value of Futures | | -46,384,650.00 | |
| AGEAS FO4G 20/12/2013 | | | | | | | | | | | |
| 25/04/2013 | 20/12/2013 | EUR | Buy | AGEAS FO4G 20/12/2013 | FO4G=Z3 | 65,400.00 | 100.00 | 26.5386 | 27.8503 | -182,140,962.00 | 8,578,367.00 |
| | | | | | | 65,400.00 | | Current Value of Futures | | -182,140,962.00 | |
| ANHEUSER-BUSCH INBEV NV ITKG 20/12/2013 | | | | | | | | | | | |
| 25/04/2013 | 20/12/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV ITKG 20/12/2013 | ITKG=Z3 | 210,700.00 | 100.00 | 75.1982 | 71.6885 | -1,510,476,695.00 | -73,949,311.00 |
| | | | | | | 210,700.00 | | Current Value of Futures | | -1,510,476,695.00 | |
| Groupe Bruxelles Lambert SA EAIF 20/12/2013 | | | | | | | | | | | |
| 26/04/2013 | 20/12/2013 | EUR | Buy | Groupe Bruxelles Lambert SA EAIF 20/12/2013 | EAIF=Z3 | 5,100.00 | 100.00 | 58.9980 | 58.8603 | -30,018,753.00 | -70,227.00 |
| | | | | | | 5,100.00 | | Current Value of Futures | | -30,018,753.00 | |
| Groupe Bruxelles Lambert SA EAIF 20/09/13 | | | | | | | | | | | |
| 26/04/2013 | 20/09/2013 | EUR | Buy | Groupe Bruxelles Lambert SA EAIF 20/09/13 | EAIF=U3 | 10,500.00 | 100.00 | 59.0025 | 58.8345 | -61,776,225.00 | -176,360.00 |
| | | | | | | 10,500.00 | | Current Value of Futures | | -61,776,225.00 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UCB SA UNCF 20/12/13 | | | | | | | | | | | |
| 30/04/2013 | 20/12/2013 | EUR | Buy | UCB SA UNCF 20/12/13 | UNCF=Z3 | 56,450.00 | 100.00 | 44.6084 | 43.9779 | -248,255,245.50 | -3,558,964.00 |
| | | | | | | 56,450.00 | | Current Value of Futures | | -248,255,245.50 | |
| | | | | | | | | | Futures Variation Margin | -58,441,355.00 | |

Initial Margin

| EUR | | DKK | |
|---|---|---|---|
| -2,120,556.00 | Belgacom BX7F 20/09/13 | -74,779,800.00 | NOVOZYMES A/S-B SHARES NZYMB 21/06/13 |
| -3,977,985.00 | Belgacom BX7F 20/12/13 | -113,870,300.00 | TDC A/S TDC Cash Flex 21/06/13 |
| -17,356,259.50 | AGEAS FO4G 20/12/2013 | -877,729,100.00 | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 |
| -158,442,600.60 | ANHEUSER-BUSCH INBEV NV ITKG 20/12/13 | -159,858,320.00 | Carlsberg A/S CARLB 20/09/2013 |
| -3,008,898.00 | Groupe Bruxelles Lambert SA EAIF 20/12/13 | -72,222,000.00 | DSV A/S DSV 20/12/2013 |
| -6,195,258.50 | Groupe Bruxelles Lambert SA EAIF 20/09/13 | -42,685,635.00 | H Lundbeck A/S LUN 20/12/2013 |
| -25,181,420.95 | UCB SA UNCF 20/12/13 | -38,222,073.00 | FLSMIDTH & CO A/S 20/12/2013 |
| | | -164,861,989.50 | AP MOELLER-MAERSK A/S- MAERSKB 21/06/2013 |
| | | -67,388,659.40 | AP MOELLER-MAERSK A/S- MAERSKA 21/06/2013 |
| | | -27,437,490.00 | TRYG A/S TRYG 20/09/2013 |
| -216,282,978.55 | | -1,639,055,366.90 | |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Stock Loan Transaction Statement**

**Solo Capital**

| Stock Loan | | | From | 27 November 2012 | to | 30 April 2013 | | |
|---|---|---|---|---|---|---|---|---|
| Account Number: | DDC01 | | Account Name: | D.D.C (Cayman) | | | | |
| | | | Currency | EUR | | | | |

**Current Open Stock Loans**

| Trade Date | Settlement Date | type | Counterparty | Description | ID | Nominal | TRADE PX | CASH ORIG |
|---|---|---|---|---|---|---|---|---|
| 05-Mar-13 | 06-Mar-13 | SB | Aquila Cayman | NOVOZYMES A/S-B SHARES | NZYMB DC | 1,000,000.00 | 198.2511 | -198,251,100.00 |
| 05-Mar-13 | 06-Mar-13 | SB | Aquila Cayman | NOVOZYMES A/S-B SHARES | NZYMB DC | 1,000,000.00 | 198.2511 | -198,251,100.00 |
| 05-Mar-13 | 06-Mar-13 | SB | Aquila Cayman | NOVOZYMES A/S-B SHARES | NZYMB DC | 1,800,000.00 | 198.1012 | -356,582,160.00 |
| | | | | | | 3,800,000.00 | 198.1801 | -753,084,360.00 |
| 12-Mar-13 | 13-Mar-13 | SB | Colbrook Limited | TDC A/S | TDC DC | 5,850,000.00 | 45.6793 | -267,223,905.00 |
| 12-Mar-13 | 13-Mar-13 | SB | Colbrook Limited | TDC A/S | TDC DC | 5,800,000.00 | 45.6094 | -264,534,520.00 |
| 12-Mar-13 | 13-Mar-13 | SB | Colbrook Limited | TDC A/S | TDC DC | 5,350,000.00 | 45.7093 | -244,544,755.00 |
| 12-Mar-13 | 13-Mar-13 | SB | Colbrook Limited | TDC A/S | TDC DC | 5,250,000.00 | 45.7293 | -240,078,825.00 |
| 12-Mar-13 | 13-Mar-13 | SB | Colbrook Limited | TDC A/S | TDC DC | 3,600,000.00 | 45.7493 | -164,697,480.00 |
| | | | | | | 25,850,000.00 | 45.6897 | -1,181,079,485.00 |
| 25-Mar-13 | 26-Mar-13 | SB | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | 2,100,000.00 | 966.5361 | -2,029,725,810.00 |
| 25-Mar-13 | 26-Mar-13 | SB | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | 1,950,000.00 | 966.5461 | -1,884,764,895.00 |
| 25-Mar-13 | 26-Mar-13 | SB | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | 2,900,000.00 | 966.5161 | -2,802,896,690.00 |
| 25-Mar-13 | 26-Mar-13 | SB | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | 2,250,000.00 | 966.5261 | -2,174,683,725.00 |
| | | | | | | 9,200,000.00 | 966.5295 | -8,892,071,120.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | DSV A/S | DSV DC | 1,400,000.00 | 144.6198 | -202,467,720.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | DSV A/S | DSV DC | 1,100,000.00 | 144.6496 | -159,114,560.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | DSV A/S | DSV DC | 1,200,000.00 | 144.6397 | -173,567,640.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | DSV A/S | DSV DC | 1,300,000.00 | 144.6297 | -188,018,610.00 |
| | | | | | | 5,000,000.00 | 144.6337 | -723,168,530.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | H LUNDBECK A/S | LUN DC | 730,000.00 | 103.4172 | -75,494,556.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | H LUNDBECK A/S | LUN DC | 1,325,000.00 | 103.4371 | -137,054,157.50 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | H LUNDBECK A/S | LUN DC | 1,050,000.00 | 103.4271 | -108,598,455.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | H LUNDBECK A/S | LUN DC | 1,060,000.00 | 103.4471 | -109,653,926.00 |
| | | | | | | 4,165,000.00 | 103.4336 | -430,801,094.50 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | CARLSBERG AS-B | CARLB DC | 660,000.00 | 586.3416 | -386,985,456.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | CARLSBERG AS-B | CARLB DC | 800,000.00 | 586.3216 | -469,057,280.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | CARLSBERG AS-B | CARLB DC | 680,000.00 | 586.3117 | -398,691,956.00 |
| 26-Mar-13 | 27-Mar-13 | SB | Colbrook Limited | CARLSBERG AS-B | CARLB DC | 600,000.00 | 586.3316 | -351,798,960.00 |
| | | | | | | 2,740,000.00 | 586.3262 | -1,606,533,652.00 |
| 10-Apr-13 | 11-Apr-13 | SB | Colbrook Limited | FLSMIDTH & CO A/S | FLS DC | 360,000.00 | 348.1615 | -125,338,140.00 |
| 10-Apr-13 | 11-Apr-13 | SB | Colbrook Limited | FLSMIDTH & CO A/S | FLS DC | 284,000.00 | 348.1714 | -98,880,677.60 |
| 10-Apr-13 | 11-Apr-13 | SB | Colbrook Limited | FLSMIDTH & CO A/S | FLS DC | 195,000.00 | 348.1416 | -67,887,612.00 |
| 10-Apr-13 | 11-Apr-13 | SB | Colbrook Limited | FLSMIDTH & CO A/S | FLS DC | 275,000.00 | 348.1515 | -95,741,662.50 |
| | | | | | | 1,114,000.00 | 348.1581 | -387,848,092.10 |
| 23-Apr-13 | 24-Apr-13 | SB | Amalthea Enterprise Ltd | TRYG A/S | TRYG DC | 160,000.00 | 479.2933 | -76,686,928.00 |
| 23-Apr-13 | 24-Apr-13 | SB | Amalthea Enterprise Ltd | TRYG A/S | TRYG DC | 135,000.00 | 479.3233 | -64,708,645.50 |
| 23-Apr-13 | 24-Apr-13 | SB | Amalthea Enterprise Ltd | TRYG A/S | TRYG DC | 145,000.00 | 479.3133 | -69,500,428.50 |
| 23-Apr-13 | 24-Apr-13 | SB | Amalthea Enterprise Ltd | TRYG A/S | TRYG DC | 155,000.00 | 479.3033 | -74,292,011.50 |
| | | | | | | 595,000.00 | 479.3076 | -285,188,013.50 |
| 16-Apr-13 | 17-Apr-13 | SB | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 10,400.00 | 43680.29 | -454,275,016.00 |
| 16-Apr-13 | 17-Apr-13 | SB | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 8,900.00 | 43680.26 | -388,754,314.00 |
| 16-Apr-13 | 17-Apr-13 | SB | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 8,100.00 | 43680.27 | -353,810,187.00 |
| 16-Apr-13 | 17-Apr-13 | SB | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 11,100.00 | 43680.28 | -484,851,108.00 |
| | | | | | | 38,500.00 | 43,680.2760 | -1,681,690,625.00 |
| 16-Apr-13 | 17-Apr-13 | SB | Aquila Cayman | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 4,000.00 | 41950.31 | -167,801,240.00 |
| 16-Apr-13 | 17-Apr-13 | SB | Aquila Cayman | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 4,600.00 | 41950.33 | -192,971,518.00 |
| 16-Apr-13 | 17-Apr-13 | SB | Aquila Cayman | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 3,600.00 | 41950.3 | -151,021,080.00 |
| 16-Apr-13 | 17-Apr-13 | SB | Aquila Cayman | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 4,200.00 | 41950.32 | -176,191,344.00 |

| | Trade Date | Settlement Date | type | Counterparty | Description | Identifier | Nominal | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 16,400.00 | 41,950.3160 | -687,985,182.00 |
| | 25-Apr-13 | 26-Apr-13 | SB | Amalthea Enterprise Ltd | BELGACOM SA | BELG BB | 750,000.00 | 18.9 | -14,175,000.00 |
| | 25-Apr-13 | 26-Apr-13 | SB | Amalthea Enterprise Ltd | BELGACOM SA | BELG BB | 1,500,000.00 | 18.89 | -28,335,000.00 |
| | 25-Apr-13 | 26-Apr-13 | SB | Aquila Cayman | BELGACOM SA | BELG BB | 1,200,000.00 | 18.91 | -22,692,000.00 |
| | | | | | | | 3,450,000.00 | 18.8991 | -65,202,000.00 |

| Collateral | Trade Date | Settlement Date | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|
| Open Stock loan / borrow | | | | | | | | | |
| Cash pool | | | SB | Colbrook Limited | TDC A/S | TDC DC | 25,850,000.00 | 45.92 | 1,187,032,000.00 |
| | | | CP | | COLLATERAL | CASH | -1,181,079,485.00 | | -1,181,079,485.00 |
| | | | CC | | COLLATERAL | CASH | -5,952,515.00 | | -5,952,515.00 |
| | | | | | | | | MTM Call | 0.00 |
| Cash pool | | | SB | Aquila Cayman | NOVOZYMES A/S-B SHARES | NZYMB DC | 3,800,000.00 | 195.50 | 742,900,000.00 |
| | | | CP | | COLLATERAL | CASH | -753,084,360.00 | | -753,084,360.00 |
| | | | CC | | COLLATERAL | CASH | 10,184,360.00 | | 10,184,360.00 |
| | | | | | | | | MTM Call | 0.00 |
| Cash pool | | | SB | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | 9,200,000.00 | 993.00 | 9,135,600,000.00 |
| | | | CP | | COLLATERAL | CASH | -8,892,071,120.00 | | -8,892,071,120.00 |
| | | | CC | | COLLATERAL | CASH | -243,528,880.00 | | -243,528,880.00 |
| | | | | | | | | MTM Call | 0.00 |
| Cash pool | | | SB | Colbrook Limited | DSV A/S | DSV DC | 5,000,000.00 | 142.50 | 712,500,000.00 |
| | | | CP | | COLLATERAL | CASH | -723,168,530.00 | | -723,168,530.00 |
| | | | CC | | COLLATERAL | CASH | 10,668,530.00 | | 10,668,530.00 |
| | | | | | | | | MTM Call | 0.00 |
| Cash pool | | | SB | Colbrook Limited | H LUNDBECK A/S | LUN DC | 4,165,000.00 | 113.20 | 471,478,000.00 |
| | | | CP | | COLLATERAL | CASH | -430,801,094.50 | | -430,801,094.50 |
| | | | CC | | COLLATERAL | CASH | -40,676,905.50 | | -40,676,905.50 |
| | | | | | | | | MTM Call | 0.00 |
| Cash pool | | | SB | Colbrook Limited | CARLSBERG AS-B | CARLB DC | 2,740,000.00 | 525.50 | 1,439,870,000.00 |
| | | | CP | | COLLATERAL | CASH | -1,606,533,652.00 | | -1,606,533,652.00 |
| | | | CC | | COLLATERAL | CASH | 166,663,652.00 | | 166,663,652.00 |
| | | | | | | | | MTM Call | 0.00 |
| Cash pool | | | SB | Colbrook Limited | FLSMIDTH & CO A/S | FLS DC | 1,114,000.00 | 329.30 | 366,840,200.00 |
| | | | CP | | COLLATERAL | CASH | -387,848,092.10 | | -387,848,092.10 |
| | | | CC | | COLLATERAL | CASH | 21,007,892.10 | | 21,007,892.10 |
| | | | | | | | | MTM Call | 0.00 |
| Cash pool | | | SB | Amalthea Enterprise Ltd | TRYG A/S | TRYG DC | 595,000.00 | 490.20 | 291,669,000.00 |
| | | | CP | | COLLATERAL | CASH | -285,188,013.50 | | -285,188,013.50 |
| | | | CC | | COLLATERAL | CASH | -6,480,986.50 | | -6,480,986.50 |
| | | | | | | | | MTM Call | 0.00 |
| Cash pool | | | SB | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 38,500.00 | 40,280.00 | 1,550,780,000.00 |
| | | | CP | | COLLATERAL | CASH | -1,681,690,625.00 | | -1,681,690,625.00 |
| | | | CC | | COLLATERAL | CASH | 130,910,625.00 | | 130,910,625.00 |
| | | | | | | | | MTM Call | 0.00 |