# Exhibit 70

| From: | Raj Shah <Raj.Shah@solo-capital.com> |
|---|---|
| Sent: | Wednesday, February 09, 2011 9:54 AM |
| To: | Jerome LHOTE; Ben-Jacob, Michael; Tuchman, Louis; Sanjay Shah; Graham Horn; Guenther Grant-Klar |
| Cc: | van Merkensteijn; STEIN Matt; Richard MARKOWITZ; Adam Larosa |
| Subject: | RE: German Dividend Transaction -- US Charitable Foundation and US Pension Fund Structure |

Guenther, Sanjay and myself will be on the call.

---

**From:** Jerome LHOTE [mailto:jlhote@argremgt.com]
**Sent:** 09 February 2011 14:50
**To:** Michael Ben-Jacob; Tuchman, Louis; Sanjay Shah; Graham Horn; Guenther Grant-Klar; Raj Shah
**Cc:** van Merkensteijn; STEIN Matt; Richard MARKOWITZ; Adam Larosa
**Subject:** Re: German Dividend Transaction -- US Charitable Foundation and US Pension Fund Structure

Dear all,

A quick reminder of our call of today.
Please confirm that you will be able to attend


On 2/8/11 1:12 PM, "Jerome LHOTE" <jlhote@argremgt.com> wrote:

Dear All,

As agreed during our respective calls, we would propose to have a follow-up call tomorrow Wednesday at 11 am.
Our US lawyers from Kaye Scholer will join to discuss the different structures that could involve a US charity or a US pension fund.
Please find attached the conference call number:

877-922-8384 Domestic Callers
517-966-5809 International Callers
Participant Passcode: 4565841


Talk to all of you tomorrow.


Jerome


---

This email message has been delivered safely and archived online by Mimecast.
For more information please visit http://www.mimecast.com

---

1

CONFIDENTIAL