UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

This paper applies to:          Trial One Cases[1]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18-md-2865 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/25

## ORDER

LEWIS A. KAPLAN, *District Judge.*

          Plaintiff's motion to Preclude Evidence Regarding Sven Nielsen's Unrelated
Criminal Conviction (DI 1351) is denied as moot.  The Clerk shall terminate the motion.

          SO ORDERED.

Dated:        February *5*, 2025

_____
Lewis A. Kaplan
United States District Judge

---

[1]     18MD2865, 18cv4833, 19cv1781, 19cv1783, 19cv1785, 19cv1788, 19cv1791, 19cv1792,
19cv1794, 19cv1798, 19cv1800, 19cv1801, 19cv1803, 19cv1806, 19cv1808, 19cv1809,
19cv1810, 19cv1812,19cv1813,19cv1815,19cv1818,19cv1865,19cv1866,19cv1867,
19cv1868,19cv1869,19cv1870,19cv1871,19cv1873,19cv1893,19cv1894,19cv1895,19cv1
896, 19cv1898, 19cv1904, 19cv1906, 19cv1911, 19cv1918, 19cv1922, 19cv1924,
19cv1926, 19cv1928, 19cv1929, 19cv1930,19cv1931,19cv10713